

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00762-CV

Anthony Chijioke **NGWU,**
Appellant

v.

Vera Amuche **TONI,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

On December 6, 2018, we ordered appellant to file written proof in this court on or before December 17, 2018, stating that he has filed a designation of record with the official court reporter, Judy Busbee-Mata. We advised appellant that if he failed to respond within that time provided, his brief would be due January 7, 2019 and we would only consider those issues or points raised in his brief without the aid of a reporter's record. Appellant has not yet filed a designation of record; instead, on January 7, 2019, appellant filed a motion requesting an extension of time of thirty days to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief in this court, with or without a reporter's record, **on or before February 8, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court